UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
MYRON MIXON and
JACK'S OLD SOUTH, LLC,

                                                                                               Index No.: 13CV5534

*Plaintiff,*

-against-                                    **JURY DEMAND**

PRIDE AND JOY MIAMI, LLC d/b/a PRIDE & JOY,
LLC, PRIDE AND JOY BBQ. LLC d/b/a PRIDE &
JOY, LLC and PABLO CARDENAS,

*Defendants.*
-----------------------------------------------------------------------------X

       Plaintiffs, Myron Mixon and Jack's Old South, LLC, by their attorneys, Merle, Brown & Nakamura, P.C., pursuant to Rule 38 of the Federal Rules of Civil Procedure hereby demand a trial by jury in this action of all issues so triable.

Dated: September 16, 2013
       New York, New York                 MERLE, BROWN & NAKAMURA, P.C.

                                              By:   _____
                                                        Stephen Nakamura
                                                        Merle, Brown & Nakamura, P.C.
                                                        *Attorneys for Plaintiff*
                                                        90 Broad Street, Suite 2201
                                                        New York, New York 10004
                                                        Tel. (212) 471-2990
                                                        Fax (212) 471-2997
                                                        E-mail: s.nakamura@mbnpc.com