# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No. **13CV5534**
Affidavit of Service of:
**SUMMONS IN A CIVIL ACTION AND COMPLAINT**

**MYRON MIXON AND JACK'S OLD SOUTH, LLC,**

                                                                Plaintiff(s),

           -against-

**PRIDE AND JOY MIAMI, LLC D/B/A PRIDE & JOY LLC, PRIDE AND JOY BBQ, LLC D/B/A PRIDE & JOY LLC and PABLO CARDENAS,**

                                                                Defendant(s).

State of New York, County of New York,           ss:

IVAN GREGG being duly sworn, deposes and says that deponent is not a party to the action or proceeding, is over 18 years of age and resides in New York County

That on **FRIDAY, SEPTEMBER 13, 2013** at **2:19 PM** at **7 WORLD TRADE CENTER, NEW YORK, NEW YORK 10007** Deponent served the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **PABLO CARDENAS C/O HIS ATTORNEY PETER J. MACDONALD ESQ. OF WILMER HALE**

by delivering thereat a true copy of each to **YVONNE GREY, ASSISTANT TO PETER J. MACDONALD** a person of suitable age and discretion.

Deponent describes the individual served as follows:

| | | | |
|---|---|---|---|
| Sex: **FEMALE** | Skin Color: **TAN** | Hair Color: **BLACK** | Approx. Age: **50 YEARS** |
| Approx. Height: **5'3"** | Approx. Weight: **130 LBS.** | Other: | |

Ivan Gregg
Process Server
License No. 1005445

Sworn to before me on September 21, 2013

**SUZANNE S HASSANI**
**Notary Public - State of New York**
**No. 01HA6282097**
**Qualified in Queens County**
**My Commission Expires May 20, 2017**

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 13CV5534                                                                 Purchased/Filed: August 8, 2013

UNITED STATES DISTRICT COURT                              SOUTHERN DISTRICT OF

---

*MYRON MIXON AND JACK'S OLD SOUTH, LLC*                                    Plaintiff

against

*PRIDE AND JOY MIAMI, LLC, ET AL*                                           Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY       SS.:

_____Diane Koehler_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 9, 2013_____ , at __3:45 pm__ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

_____PRIDE AND JOY BBQ, LLC_____ , the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __26__   Approx. Wt: __225__   Approx. Ht: __5'9"__  
Color of skin: __White__   Hair color: __Lt. Brown__   Sex: __Female__   Other: _____

Sworn to before me on this  
__16th__ day of _____August, 2013_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2015

Diane Koehler  
Attny's File No.  
Invoice·Work Order # SP1309342

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Southern NY

Case Number: 13CV5534

Plaintiff:
**Myron Mixon and Jack's Old South, LLC**

vs.

Defendant:
**Pride and Joy Miami, LLC d/b/a Pride & Joy, LLC, Pride and Joy BBQ, LLC d/b/a Pride & Joy, LLC and Pablo Cardenes,**

For:
Stephen Nakamura
Merle, Brown & Nakamura, P.C
90 Broad Street
Suite 2201
New York, NY  10004

Received by DLE Process Servers on the 9th day of August, 2013 at 12:53 pm to be served on **Pride And Joy Miami, Llc, 2800 North Miami Avenue, Miami, FL 33127**.

I, Roy De La Espriella, do hereby affirm that on the **22nd day of August, 2013** at **11:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Paul Thielecke** as **Authorized Agent** for **Pride And Joy Miami, Llc**, at the address of: **2800 North Miami Avenue, Miami, FL 33127**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the following document and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PERSUANT TO F.S. 92.525

Roy De La Espriella
Process Server #1608

DLE Process Servers
**247 S.W. 8 Street**
**#261**
**Miami, FL 33130**
**(786) 220-9705**
Our Job Serial Number: DLE-2013006581

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h