UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------

MYRON MIXON ET AL.,

               Plaintiffs,

    - against -

PRIDE AND JOY MIAMI, LLC, ET AL.,

               Defendants.
--------------------------------------

13 Civ. 5534 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated at today's conference, the plaintiffs may file an amended complaint by **October 14, 2013**. The defendants may move or answer by **October 25, 2013**. The plaintiffs' response, if any, is due by **November 11, 2013**. The defendants' reply, if any, is due by **November 20, 2013**.

SO ORDERED.

Dated:    New York, New York
           October 7, 2013

                                   John G. Koeltl
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/8/13