# Merle, Brown & Nakamura, P.C.

Attorneys at Law

90 Broad Street, Suite 2201
New York, New York 10004-2271

PIERRE F.V. MERLE
GEORGE R. BROWN V
STEPHEN H. NAKAMURA

Telephone: (212) 471-2990
Telefax: (212) 471-2997

THOMAS J. GERRITY
ANDREW R. PECK*

THEODORE P. NIKOLIS
OF COUNSEL

*Also admitted in New Jersey

**VIA ELECTRONIC FILING**

October 14, 2013

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:  Myron Mixon, et al v. Pride and Joy Miami, LLC, et al.
        Civ. No.: 13 CIV 5534 (JGK)**

Dear Judge Koeltl:

At the October 7th Initial Conference, Your Honor directed the parties to inform the court on or before October 14th whether they would consent to a trial by Magistrate. On behalf of plaintiffs and defendants we write to inform the Court that the parties do not consent to trial by Magistrate.

Respectfully submitted,

Stephen Nakamura

cc:   Peter J. Macdonald, Esq.
      Craig R. Heeren