UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRON MIXON and<br>JACK'S OLD SOUTH, LLC,<br><br>           Plaintiffs,<br><br>           v.<br><br>PRIDE AND JOY MIAMI, LLC d/b/a PRIDE &<br>JOY, LLC, PRIDE AND JOY BBQ, LLC d/b/a<br>PRIDE & JOY, LLC and PABLO CARDENAS,<br><br>           Defendants. | 13 Civ. 5534 (JGK) |

**DEFENDANTS PRIDE AND JOY MIAMI, LLC, PRIDE AND JOY BBQ, LLC,
AND PABLO CARDENAS' NOTICE OF MOTION TO
DISMISS THE AMENDED COMPLAINT**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, at a time and location to be determined, defendants Pride and Joy Miami, LLC, Pride and Joy BBQ, LLC, and Pablo Cardenas ("Defendants") will move this Court, pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing with prejudice (i) all contract claims based on the alleged 2013 "amendment" or "new agreement;" (ii) all contract claims against Pride and Joy BBQ, LLC; and (iii) all claims of infringement and misappropriation against Pablo Cardenas, contained in plaintiff Myron Mixon and Jack's Old South, LLC's ("Plaintiffs") Amended Complaint.  The basis for this motion is set forth in the accompanying Memorandum of Law.

      Pursuant to this Court's Order dated October 7, 2013 [Dkt. 12], Plaintiffs' response (if any) is due on November 11, 2013, and Defendants' reply (if any) is due on November 20, 2013.

- 2 -

Dated: New York, New York
October 25, 2013

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Peter J. Macdonald
Peter J. Macdonald
Craig R. Heeren
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Pride and Joy Miami, LLC, Pride and Joy BBQ, LLC, and Pablo Cardenas*