# WILMERHALE

November 20, 2013

**Peter J. Macdonald**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

**VIA ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re: *Mixon, et al. v. Pride and Joy Miami, LLC, et al.*, No. 13 Civ. 5534 (S.D.N.Y.)

Dear Judge Koeltl:

      We represent defendants Pride and Joy Miami, LLC, Pride and Joy BBQ, LLC, and Pablo Cardenas ("Defendants") in the above-referenced matter.  Pursuant to the Court's individual practices, Defendants request oral argument on their Motion to Dismiss the Amended Complaint (*see* Dkt. 15-18), which was fully-briefed as of today.

Respectfully submitted,

Peter J. Macdonald

cc:    Stephen Nakamura, Esq. (*via email*)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington