```
                                         USDC SDNY
                                         DOCUMENT
                                         ELECTRONICALLY FILED
                                         DOC# _____
UNITED STATES DISTRICT COURT             DATE FILED: 4/23/14
SOUTHERN DISTRICT OF NEW YORK
```

MYRON MIXON, ET AL.,

                Plaintiffs,

- against -

PRIDE AND JOY MIAMI, LLC, ET AL.,

                Defendants.

13 Civ. 5534 (JGK)

**BENCH OPINION**

JOHN G. KOELTL, District Judge:

As stated on the record at the hearing on **April 22, 2014**, the defendants' motion to dismiss is **denied**. **The Clerk is directed to close Docket No. 15.**

SO ORDERED.
Dated:    New York, New York
           April 23, 2014

                                      John G. Koeltl
                                    **United States District Judge**