| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 7/3/14 |
|---|---|

MYRON MIXON and
JACK'S OLD SOUTH, LLC,

    Plaintiffs,

  v.

PRIDE AND JOY MIAMI, LLC d/b/a PRIDE &
JOY, LLC, PRIDE AND JOY BBQ, LLC d/b/a
PRIDE & JOY, LLC and PABLO CARDENAS,

    Defendants.

13 Civ. 5534 (JGK)

## STIPULATION OF WITHDRAWAL AND SIMULTANEOUS APPEARANCE OF SUBSTITUTE COUNSEL

IT IS HEREBY STIPULATED AND AGREED that the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), 7 World Trade Center, New York, New York 10022, hereby withdraws as counsel of record for defendants Pride and Joy Miami, LLC, Pride and Joy BBQ, LLC, and Pablo Cardenas ("Defendants"), and the law firm of Oved & Oved LLP, 401 Greenwich Street, New York, New York 10013, hereby enters its appearance as counsel of record for Defendants in the above-captioned action.

Dated: New York, New York
   June 30, 2014

OVED & OVED LLP

By: _____
Aaron J. Solomon, Esq.
401 Greenwich Street
New York, New York 10013
Tel: (212) 226-2376

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Peter J. Macdonald
Craig R. Heeren
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800

SO ORDERED:
_____
Hon. John G. Koeltl, U.S.D.J.

Dated: 7/3/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRON MIXON and <br> JACK'S OLD SOUTH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PRIDE AND JOY MIAMI, LLC d/b/a PRIDE & JOY, LLC, PRIDE AND JOY BBQ, LLC d/b/a PRIDE & JOY, LLC and PABLO CARDENAS, <br><br> Defendants. | 13 Civ. 5534 (JGK) |

## DECLARATION PURSUANT TO LOCAL RULE 1.4

I, Aaron J. Solomon, under penalty of perjury, submit this declaration pursuant to Local Rule 1.4, in support of the accompanying stipulation substituting Oved & Oved LLP in place of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") as counsel of record for defendants Pride and Joy Miami, LLC, Pride and Joy BBQ, LLC, and Pablo Cardenas ("Defendants").

1. I am counsel at the law firm of Oved & Oved LLP, 401 Greenwich Street, New York, New York 10013.

2. Defendants would like to be represented by new counsel. At Defendants' request, Oved & Oved LLP will assume representation on their behalf in the above-captioned matter.

3. I hereby certify that the substitution will not cause or result in any major delay or prejudice.

Aaron J. Solomon, Esq.