04/30/2015 19:14 FAX   12125865800        COHEN TAUBER.                           ☒002/003

# C|T|S|W
## COHEN TAUBER SPIEVACK & WAGNER P.C.

Sari E. Kolatch

direct: 212-381-8729
e-mail: skolatch@ctswlaw.com

April 30, 2015

ENDORSED
ORDER

Application granted.

[signature]
5/1/15

**Via ECF and Facsimile**

Honorable Michael H. Dolinger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Mixon, et al. v. Pride and Joy Miami, LLC, et al.*
     No. 13-cv-5534 (JGK)(MHD)

Dear Judge Dolinger:

This firm represents Pride and Joy Miami, LLC d/b/a Pride & Joy, LLC, Pride and Joy BBQ, LLC d/b/a Pride & Joy, and Pablo Cardenas (collectively, "Defendants").

We write on behalf of Defendants and Plaintiffs to seek a short extension of time for the completion of expert discovery. The reason for this request is because the parties are currently in the process of serious settlement negotiations. We are hopeful that with a little extra time we can resolve this matter without the need to complete costly expert discovery. Therefore, the parties respectfully request a 10 day extension of the expert discovery schedule, extending the date by which all expert discovery is to be completed from May 25 to June 4, and the date for Defendants to serve their rebuttal expert report from May 4 to May 14.

There have been several discovery extensions in this case, but as Your Honor may recall, this firm first appeared on this case in February and since then we have worked diligently to complete fact discovery. It is our understanding that this is now the first time the parties have engaged in meaningful settlement discussions.

{00253057.DOCX; 1}
420 Lexington Avenue | New York, New York 10170 | Phone: 212.586.5800 | Fax: 212.586.5095 | www.ctswlaw.com